# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2023

December 11, 2023

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

        **Re:**    Velasquez v. Fjallraven USA, LLC, et al.
               Case 1:23-cv-09061-AT

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter. The parties Case Management Plan and Joint Status Letter in this matter is currently due December 11, 2023. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                  Sincerely,

                                  By: /S/ B. Bradley Weitz

---

GRANTED IN PART. There is no conference currently scheduled in this matter. By **January 12, 2024**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge